

# Fourth Court of Appeals
## San Antonio, Texas

October 22, 2025

No. 04-25-00549-CV

**IN RE** Alberto **PINA**

Original Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Chief Justice
                 Adrian A. Spears II, Justice
                 H. Todd McCray, Justice

Relator filed his petition for writ of mandamus on August 26, 2025. Because the petition does not comply with Texas Rules of Appellate Procedure 9.4(h), (i), and (j), it is denied without prejudice for refiling in compliance with the applicable rules. TEX. R. APP. P. 9.4(h), (i), and (j); *see In re Coleman*, No. 01-21-00726-CV, 2022 WL 97058, at *1 (Tex. App.—Houston [1st Dist.] Jan. 11, 2022, orig. proceeding) (denying petition for writ of mandamus for failure to comply with rule 9.4 of the Texas Rules of Appellate Procedure); *Session v. Riata Land Ass'n Homeowners, Inc.*, No. 04-22-00562-CV, 2024 WL 697081, at *1 (Tex. App.—San Antonio Feb. 21, 2024, no pet.) (party's failure to comply with the Texas Rules of Appellate Procedure and court orders requiring compliance warranted dismissal).

The petition for writ of mandamus is **DENIED**

It is so **ORDERED** on October 22, 2025.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of October, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2011CVG002217-C3, styled *In the Interest of S.F.P., a Child*, pending in the 49th Judicial District Court, Webb County, Texas, the Honorable Jose A. Lopez presiding.